**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| CHADLY S. BALLARD, ) ) Plaintiff, ) ) vs. ) ) UNION PACIFIC RAILROAD ) COMPANY, et al. ) ) Defendants. ) | 8:06CV718 ORDER TO SHOW CAUSE |

The records of the court show that on November 17, 2006, letters (Filings Nos. 13 & 14 ) were sent to:

| | |
|---|---|
| H. Wayne Young, Jr.<br>FRIDAY, ELDREDGE LAW FIRM<br>400 West Capitol Avenue<br>200 Regions Center<br>Little Rock, AR 72201 | Michael S. Moore<br>FRIDAY, ELDREDGE LAW FIRM<br>400 West Capitol Avenue<br>200 Regions Center<br>Little Rock, AR 72201 |

from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the close of business on December 15, 2006, neither attorney has complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **January 5, 2007,** attorneys Young and Moore shall register for the System or show cause by written affidavit why they cannot comply with the rules of the court.

DATED this 15th day of December, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge