# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHADLY S. BALLARD,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV718 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **UNION PACIFIC RAILROAD CO., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the notice of withdrawal of counsel (Filing No. 21). In response to this court's December 15, 2006 show cause order, counsel for the defendants seeks to withdraw H. Wayne Young, Jr. and Michael S. Moore as counsel for the defendant Union Pacific Company. The court notes other counsel continues to represent this defendant. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The notice (Filing No. 21) is hereby considered a motion for leave to withdraw H. Wayne Young, Jr. and Michael S. Moore as counsel for the defendant Union Pacific Company. The motion is withdraw is granted.

2. The Clerk of Court shall stop all electronic notices to H. Wayne Young, Jr. and Michael S. Moore regarding this case.

DATED this 21st day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge