**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CHADLY S. BALLARD,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CV718 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **UNION PACIFIC RAILROAD CO., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion for leave to withdraw of Kellie Emerson-Holt (Filing No. 35) as counsel for the plaintiff.  The court notes other counsel from the same firm represents the plaintiff.  The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f).  Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Kellie Emerson-Holt (Filing No. 35) as counsel for the plaintiffs is granted.

2. The Clerk of Court shall stop all electronic notices to Kellie Emerson-Holt regarding this case.

DATED this 4th day of June, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge