# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHADLY S. BALLARD,** | ) | |
| | ) | **8:06V718** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNION PACIFIC RAILROAD CO., OLIVER BECENTI, JOHNNY ADISON and TED TOM, JR.,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte.* On June 1, 2007, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting on or before June 15, 2007. **See** Filing No. 34. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before July 11, 2007 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 26th day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge